Alfredo **MARTINEZ–SANCHEZ,**
Petitioner,

v.

**IMMIGRATION AND
NATURALIZATION SERVICE,**
Respondent.

No. 99–71638.
I & NS No. A34–983–074.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2001 *.

Decided Nov. 8, 2001.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before SCHROEDER, Chief Judge, D.W. NELSON, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Alfredo Martinez–Sanchez petitions for review of an order of the Board of Immigration Appeals finding him removable as an aggravated felon under INA § 237(a)(2)(A)(iii), 8 U.S.C. § 1227(a)(2)(A)(iii). Petitioner pled guilty on May 20, 1984, to driving under the influence of alcohol and proximately causing bodily injury to another person, in violation of California Vehicle Code § 23153(a). In *United States v. Trinidad–Aquino*, 259 F.3d 1140 (9th Cir.2001), this court held that a violation of § 23153 is not a "crime of violence" as defined in 18 U.S.C. § 16. Therefore, we find that petitioner's conviction does not qualify as an aggravated felony under 8 U.S.C. § 1101(a)(43)(F).

PETITION GRANTED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts in this circuit except as provided by Ninth Circuit Rule 36–3.